IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ANDREW BRENT EDWARDS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 7: 05-CV-2157-LSC-PWG |
| ) | |
| WILLIAM M. CARDWELL, et. al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

In accordance with the Memorandum of Opinion entered contemporaneously herewith and Rule 58 of the FED.R.CIV.P., it is ORDERED, ADJUDGED and DECREED that plaintiff's requests to proceed without prepayment of fees, for federal intervention and appointment of counsel are DENIED, and the claims pertaining to his arrest for Driving Under the Influence are DISMISSED WITHOUT PREJUDICE.  It is FURTHER ORDERED, ADJUDGED and DECREED that the allegations in plaintiff's amended complaint (doc. 5) are DISMISSED WITH PREJUDICE for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b).

Done this 4th day of January 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153